OPINION — AG — ** STATE DEPARTMENT OF EDUCATION — VOCATIONAL EDUCATION TEACHER ** THE ENUMERATED FACTORS OF 70 O.S. 18-112 [70-18-112], INCLUDE A CONSIDERATION OF VOCATIONAL EDUCATION TEACHER FUNDS. THE STATE DEPARTMENT OF EDUCATION OF EDUCATION SHOULD 'NOT' ADD VOCATIONAL EDUCATION TEACHER FLAT GRANTS TO THE ENUMERATED FACTORS IN DETERMINING MINIMUM STATE AID UNDER 70 O.S. 18-112 [70-18-112] (FEDERAL FUNDS, EDUCATION, STATE, STATE AID) CITE: OPINION NO. 72-246 (JOE C. LOCKHART)